THE HONORABLE KYMBERLY K. EVANSON

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| JENNIFER CARTER and LOGAN PENDERGRASS, individually and on behalf of others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>DULUTH HOLDINGS, INC., d/b/a DULUTH TRADING COMPANY,<br><br>Defendant. | Case No. 2:26-cv-03600-KKE<br><br>**STIPULATION RE EXTENSION OF TIME TO RESPOND TO CLASS ACTION COMPLAINT** |

Under Local Rules 7 and 10, Plaintiffs Jennifer Carter and Logan Pendergrass, on their own behalf, and on behalf of all others similarly situated ("Plaintiffs") and Duluth Holdings, Inc. d/b/a Duluth Trading Company ("Defendant"), together (the "Parties"), by and through their respective counsel, hereby stipulate that Defendant's deadline to answer or otherwise respond to the Complaint in the above-captioned action is extended from October 1, 2026 to October 30, 2026.

A court may modify a deadline for good cause. Fed. R. Civ. P. 6(b). Indeed, modifying or extending a responsive deadline is within the discretion of the trial judge. *See Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992); *Jennings v. USAA Cas. Ins. Co.*, 2025 WL 267168, at *3 (W.D. Wash. Jan. 22, 2025) (citing Fed. R. Civ. P. 16(b)). Good cause exists to extend Defendant's deadline to respond to the Complaint because this is Defendant's first request for an extension and additional time will allow Defendant to respond to the claims alleged.

Accordingly, the Parties conferred and request that this Court extend Defendant's deadline to respond to Plaintiffs' Complaint such that Defendant's response is due October 30, 2026.

The Parties further stipulate and request that if Defendant files a Motion to Dismiss in response to the Complaint, the Court enter the following briefing schedule:

1. Plaintiffs' Opposition to the Motion shall be due November 20, 2026; and
2. Defendant's Reply shall be due December 4, 2026.

Parties do not ask to modify any other deadlines at this time.

DATED this 30th day of September, 2026.

BALLARD SPAHR LLP

By: /s/ *Erin Wilson*
Erin Wilson, WSBA No. 42454
Callie Castillo, WSBA No. 38214
1301 2nd Avenue, Suite 2800
Seattle, WA 98101
Telephone: 206.223.7000
castilloc@ballardspahr.com
wilsonem@ballardspahr.com

*Attorneys for Defendant Duluth Holdings, Inc. d/b/a Duluth Trading Company*

STRAUSS BORRELLI PLLC

By: /s/ *Samuel J Strauss*
Samuel J. Strauss, WSBA No. 46971
Raina C. Borrelli*
980 N. Michigan Avenue, Suite 1610
Chicago, IL 60611
Telephone: (872) 263-1100
Facsimile: (872) 263-1109
sam@straussborrelli.com
raina@straussborrelli.com

Brian Levin*
LEVIN LAW, P.A.
2665 South Bayshore Drive, PH2B
Miami, Florida 33133
Telephone: (305) 613-0318
brian@levinlawpa.com
**pro hac vice forthcoming*

*Attorneys for Plaintiffs*

**ORDER**

Finding good cause, the Court GRANTS the parties' stipulated motion. Dkt. No. 12. IT IS HEREBY ORDERED that Defendant's deadline to respond to Plaintiffs' Complaint shall be extended to October 30, 2026. If Defendant files a motion to dismiss, Plaintiffs' opposition shall be due November 20, 2026, and Defendant's reply shall be due December 4, 2026.

Dated this 1st day of October, 2026.

Kymberly K. Evanson
United States District Judge